1  Bradley T. Austin, Esq.
   Nevada Bar No. 13064
2  SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
4  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
5  baustin@swlaw.com
6  *Attorneys for Defendant*
   *Equifax Information Services LLC*

7
   **UNITED STATES DISTRICT COURT**
8
   **DISTRICT OF NEVADA**
9  AMOS BAILEY,                          )  **Case No. 2:18-cv-01712-JCM-PAL**
                                         )
10                                       )
                          Plaintiff,     )  **STIPULATION OF EXTENSION OF**
11                                       )  **TIME FOR DEFENDANT EQUIFAX**
    vs.                                  )  **INFORMATION SERVICES LLC TO**
12                                       )  **FILE ANSWER**
    EQUIFAX INFORMATION SERVICES LLC,    )
13                                       )  **(FIRST REQUEST)**
                                         )
14                        Defendant.     )

15          Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

16  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

17  no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

18  AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

19  answer, move or otherwise respond to the Complaint in this action is extended from October 3,

20  2018 through and including **October 22, 2018**. Plaintiff and Equifax are actively engaged in

21  settlement discussions. The additional time to respond to the Complaint will facilitate settlement

22  discussions.

23  ///

24  ///

25  ///

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 3rd day of October, 2018.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**No opposition**

/s/ *David Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

U.S. Magistrate Judge

DATED: October 4, 2018

4824-5056-9334

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200